IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID SEIPLE** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | NO. 08-4201 |
| | : | |
| **FRIENDLY ICE CREAM** | : | |
| **CORPORATION, t/d/b/a "FRIENDLYS"** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 31st day of August, 2009, upon consideration of Defendant Friendly Ice Cream Corporation's Motion for Summary Judgment (Document No. 13, filed March 13, 2009) and the related filings of the parties, for the reasons stated in the Memorandum of August 31, 2009, **IT IS ORDERED** that Defendant Friendly Ice Cream Corporation's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of defendant, Friendly Ice Cream Corporation, t/b/d/a "Friendlys," and against plaintiff, David Seiple.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**